1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RESIDENCE LOCATED AT 3211 LAWNVIEW AVENUE, LOOMIS, CALIFORNIA | CASE NO. 2:19-SW-616 CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed.

Dated: 8-5-19

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

FILED
AUG 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK